IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASMINE COLON,**<br>*Plaintiff*<br><br>v.<br><br>**CITY OF PHILADELPHIA, et al.,**<br>*Defendants* | CIVIL ACTION<br><br>NO.  2:18-cv-04769-JDW |

# ORDER

**AND NOW**, this 16th day of August, 2019, following a pretrial conference with counsel for the Parties, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is hereby **ORDERED** as follows:

1. The Parties are directed to complete discovery by **November 1**, **2019**;

2. Affirmative expert reports are due no later than **October 11, 2019**;

3. Rebuttal expert reports are due no later than **October 25, 2019**;

4. Dispositive motions, if any, shall be filed by **November 8, 2019**.  Motions for summary judgment and responses shall be filed in the form prescribed in Judge Wolson's Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure;

5. The Parties shall meet and confer to set aside dates to hold open for depositions. No later than **August 28, 2019**, the Parties shall notify the Court by letter sent via e-mail to Chambers_of_Judge_Wolson@paed.uscourts.gov that they have conferred and set aside the requisite number of deposition dates.  The e-mail attaching the letter shall use the words "deposition scheduling" in the subject line;

6. Any request for a protective order or approval of a confidentiality agreement must be made by motion. The Court will not accept stipulated proposed Orders in lieu of a motion. All such motions must satisfy the requirements of *In re Avandia Mktg., Sales Practices & Prod. Liab. Litig.*, No. 18-2259, --- F.3d ----, 2019 WL 2119630, *4 (3d Cir. May 15, 2019) and *Pansy v. Borough of Stroudsberg*, 23 F.3d 772, 786 (3d Cir. 1994). The Parties shall submit any such Motion on or before **August 28, 2019**;

7. Counsel for all Parties shall refer to Judge Wolson's Policies and Procedures regarding all matters of discovery and correspondence with the Court; and

8. This case is referred to Magistrate Judge Elizabeth T. Hey for purposes of conducting settlement proceedings, as Judge Hey deems appropriate. Within fourteen (14) days of this Order, the Parties shall jointly contact Judge Hey's chambers at chambers_of_magistrate_judge_elizabeth_hey@paed.uscourts.gov to report either (1) they agree on the general time frame for a settlement conference with proposed dates, or (2) they wish to speak with Judge Hey before identifying a time frame for a settlement conference. The Parties shall update Judge Wolson on the status of settlement discussions no later than thirty (30) days before the close of discovery.

**BY THE COURT:**

/s/ Joshua D. Wolson
JOSHUA D. WOLSON, J